AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'CONNOR, SANDRA D. | SUPREME COURT OF UNITED STATES | 04/09/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice (Ret.) | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1 FIRST STREET, N.E. WASHINGTON, D.C. 20543 | Reviewing Officer_____ _____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | The National Constitution Center |
| 2. Member | The Rockefeller Foundation, Board of Trustees |
| 3. Member, Advisory Board | Smithsonian National Museum of Natural History |
| 4. Board Member | ABA Central European and Eurasian Law Initiative Council |
| 5. Member Advisory Commission | ABA Standing Committee on the Law Library of Congress |
| 6. Board Member | ABA Museum of Law |
| 7. Co-Chair, National Advisory Council | Campaign for the Civic Mission of Schools |
| 8. Member | Center for Strategic & International Studies (CSIS), Commission on Smart Power |
| 9. Chancellor | College of William and Mary |
| 10. Member, Advisory Board | The Henry Clay Center for Statemanship |
| 11. Special Advisor | ABA Rule of Law Initiative |
| 12. Honorary Chairperson | MacArthur Foundation, Neuroscience and Law Program |
| 13. Honorary Chair | Colonial Williamsburg Foundation, National Advisory Committee |
| 14. Honorary Board Chair | People of America Foundation |
| 15. Board Member | Randall Lineback Breed Association |
| 16. Honorary Board Member | Smithsonian Associates Advisory Council |

O'Conner, Sandra D.

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/09/2010 |

| | | |
|---|---|---|
| 17. | Member | Americans for Generational Equity, Board of Trustees |
| 18. | Board Member | William H. Rehnquist Center |
| 19. | Chair Emeritus of the Judicial Advisory Board & Counselor on Exec. Council | American Society of International Law |
| 20. | Advisor | Aspen Institute's Justice and Society Program |
| 21. | Commissioner | National Parks Second Century Commission |
| 22. | Member | Alzheimer's Study Group |
| 23. | Advisory Board Member | Bill Lane Center for the Study of the North American West at Stanford |
| 24. | Advisory Board Member | Stanford University, Center on Ethics |
| 25. | Advisory Board Member | Citizenship Counts |
| 26. | Special Advisor | Sandra Day O'Connor Project on the State of the Judiciary |
| 27. | Special Advisor | Our Court's Project |
| 28. | Special Advisor | O'Connor House Project |
| 29. | Chair of the Board of Directors | iCivics |
| 30. | Chair of the Advisor Committee | O'Connor Judicial Selection Initiative |
| 31. | Advisory Board Member | Lloyd N. Curtler Center for the Rule of Law at the Salzburg Global Seminar |
| 32. | Honorary Chair of the Centennial Exhibit | Arizona Women's Heritage Trail |
| 33. | Honorary Member | Board for the Foundation for the Future. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✔] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/09/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/09/09 | Random House - royalty | $697.66 |
| 2. 04/06/09 | Easton Press/MBI, Inc. - Book Signatures | $1,000.00 |
| 3. 05/04/09 | Easton Press/MBI, Inc. - Book Signatures | $2,300.00 |
| 4. 07/20/09 | Random House - royalty | $844.75 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. See Attached Schedule IV | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/09/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bryan Cave (Pension Plan) | D | Distribution | | | | | | | |
| 2. | G | Distribution | | | Closed | 12/16/09 | N | | See Footnote 1 |
| 3. Fennemore Craig (Pension Plan) | F | Distribution | | | Closed | 12/17/09 | N | | See Footnote 2 |
| 4. AZ Elected Officials Retirement | C | Pension | J | T | | | | | |
| 5. Checking Account: Suntrust Bank, Washington, DC | A | Interest | K | T | | | | | |
| 6. Checking Accounts - Capitol One Washington, D. C. | C | Interest | N | T | | | | | See Footnote 3 |
| 7. Oil and Gas Royalty fractional interest, Panola Cty., TX | A | Royalty | J | W | | | | | |
| 8. Oil and Gas Royalty fractional interest, Panola Cty, TX | A | Royalty | J | W | | | | | |
| 9. Charles Schwab Cash & Money Market Fund | A | Dividend | J | T | | | | | |
| 10. Tucson Arizona Water System Bonds | D | Interest | M | T | | | | | |
| 11. Washington Suburban Sanitary District Bonds | B | Interest | L | T | | | | | |
| 12. Computershare | C | Distribution | | | Closed | 9/23/09 | J | | See Footnote 4 |
| 13. AES Corp. | | None | K | T | | | | | |
| 14. American Intl Group, Inc. | | None | | | Sold | 03/24/09 | J | | |
| 15. Amgen, Inc. | | None | L | T | | | | | |
| 16. AOL, Inc. | | None | J | T | Spinoff (from line 72) | 12/09/09 | J | | |
| 17. | | | | | Sold (part) | 12/09/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Baker Hughes Inc. | A | Dividend | K | T | Sold (part) | 03/26/09 | J | | |
| 19. | | | | | Buy (add'l) | 04/30/09 | J | | |
| 20. Baxter International | B | Dividend | L | T | Sold (part) | 03/26/09 | K | | |
| 21. BB&T Corporation | A | Dividend | K | T | Buy | 04/30/09 | J | | |
| 22. Cadence Design System | | None | K | T | Buy | 04/01/09 | J | | |
| 23. Capital ●ne Financial Corp. | A | Dividend | K | T | | | | | |
| 24. Cardinal Health | A | Dividend | K | T | | | | | |
| 25. Carefusion Corp. | | None | J | T | Spinoff (from line 24) | 09/01/09 | J | | |
| 26. Citigroup | A | Dividend | | | Sold | 05/13/09 | J | | |
| 27. Citrix Systems Inc. | | None | J | T | | | | | |
| 28. Comcast Corp. | A | Dividend | K | T | | | | | |
| 29. Computer Sciences Corp. | | None | K | T | | | | | |
| 30. Compuware | | None | K | T | | | | | |
| 31. Discover Financial Services | A | Dividend | J | T | | | | | |
| 32. Dupont (E.I.) | C | Dividend | L | T | | | | | |
| 33. Eaton Corporation | A | Dividend | K | T | Buy | 04/01/09 | J | | |
| 34. Ebay Inc. | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/09/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Ericsson Tel ADR | A | Dividend | K | T | | | | | |
| 36. Exxon Mobil | B | Dividend | L | T | | | | | |
| 37. FedEx Corp | A | Dividend | K | T | | | | | |
| 38. General Electric | A | Dividend | K | T | | | | | |
| 39. Glaxosmithkline PLC ADRF | | None | K | T | Buy | 08/04/09 | K | | |
| 40. Hanesbrands | | None | K | T | | | | | |
| 41. Hewlett-Packard Co. | A | Dividend | L | T | | | | | |
| 42. Hitachi Ltd Adr New | | None | | | Sold | 08/04/09 | J | | |
| 43. Home Depot Inc. | B | Dividend | K | T | | | | | |
| 44. Legg Mason Inc. | A | Dividend | K | T | Buy (add'l) | 03/31/09 | J | | |
| 45. Liberty Media Holding | | None | K | T | | | | | |
| 46. Merck & Co. Inc. New | A | Dividend | K | T | Buy | 03/31/09 | J | | |
| 47. | | | | | Buy (add'l) | 05/01/09 | J | | |
| 48. | | | | | Buy (add'l) | 05/01/09 | J | | |
| 49. Millipore | | None | K | T | | | | | |
| 50. Molex Inc. LTD | A | Dividend | K | T | | | | | |
| 51. Motorola, Inc. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. | 04/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nestle SA | B | Dividend | K | T | Sold (part) | 03/26/09 | K | | |
| 53. News Corp. LTD CL A | A | Dividend | K | T | Buy | 04/01/09 | K | | |
| 54. Nokia Corp. Spon ADR F | | None | K | T | Buy | 11/02/09 | K | | |
| 55. Novartis AG-ADR | A | Dividend | K | T | | | | | |
| 56. Occidental Pete Corp. | A | Dividend | K | T | | | | | |
| 57. Omnicom Group | B | Dividend | L | T | Sold (part) | 08/04/09 | K | | |
| 58. Panasonic Corp. ADR | A | Dividend | K | T | | | | | |
| 59. Pitney Bowes, Inc. | A | Dividend | J | T | Buy | 04/01/09 | J | | |
| 60. Sanofi-Aventis-ADR | B | Dividend | K | T | | | | | |
| 61. Sara Lee Corp. | C | Dividend | L | T | | | | | |
| 62. Saul Centers Inc. | B | Dividend | K | T | | | | | |
| 63. Schlumberger Ltd. | A | Dividend | L | T | Buy (add'l) | 03/26/09 | J | | |
| 64. Sigma Aldrich Corp. | A | Dividend | K | T | Sold (part) | 03/26/09 | K | | |
| 65. | | | | | Sold (part) | 08/04/09 | K | | |
| 66. Sonoco Products Co. | B | Dividend | K | T | | | | | |
| 67. Sony Corp. ADR | A | Dividend | K | T | | | | | |
| 68. Sprint Nextel Corp. | | None | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'CONNOR, SANDRA D. | 04/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. St. Paul Travelers Cos | A | Dividend | K | T | | | | | |
| 70. Sun Microsystems Inc. | | None | | | Sold | 04/24/09 | J | | |
| 71. Symantec Corp. | | None | K | T | Buy | 11/02/09 | K | | |
| 72. Time Warner, Inc. | A | Dividend | K | T | | | | | |
| 73. Tyco Electronics Ltd. | A | Dividend | K | T | Buy (add'l) | 03/26/09 | J | | |
| 74. Union Pacific Corp. | A | Dividend | L | T | | | | | |
| 75. Wachovia Corp | B | Dividend | | | Merged (with line 76) | 01/02/09 | K | | |
| 76. Wells Fargo & Co | A | Dividend | L | T | Buy (add'l) | 03/31/09 | K | | |
| 77. West Pharmaceutical Services | B | Dividend | L | T | | | | | |
| 78. Xerox Corp. | A | Dividend | K | T | Buy | 04/01/09 | K | | |
| 79. Zimmer Holdings | | None | J | T | | | | | |
| 80. Dodge & Cox Balanced Fund - Acct. 1 | | None | O | T | | | | | See Footnote 1,2 & 5 |
| 81. Dodge & Cox Balanced Fund - Acct. 2 | | None | | | Closed | 12/17/09 | | | See Footnote 5 |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'CONNOR, SANDRA D. | 04/09/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

FOOTNOTES

(1) My spouse was a partner in the Bryan Cave law firm. The indicated value of this entry was the value of a pension plan administered by The Vanguard Group. Due to the death of my spouse in November 2009, these funds were transferred to the Dodge & Cox Balanced Fund - Acct. 1.

(2) My spouse was a principal in the law firm of Fennemore, Craig, von Ammon & Udall, P. C. (now Fennemore Craig, P. C.) until December 31, 1981. The indicated value for this entry was the value of his interest in the firm's pension plan administered by Charles Schwab Trust Company. Due to the death of my spouse in November 2009, these funds were transferred to the Dodge & Cox Balanced Fund - Acct. 1.

(3) Chevy Chase Bank changed its name to Capitol One.

(4) Principal Financial Group life insurance policy held from many years by spouse was converted to stock in Computershare and then sold and closed out.

(5) Dodge & Cox Balanced Fund - Acct. 2 was closed following the death of spouse.

| Name of Person Reporting | Date of Report |
|---|---|
| O'CONNOR, SANDRA D. |  4/9/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Financial Disclosure Report - 2009
Sandra Day O'Connor

IV. Reimbursements of
Transportation, Lodging, Food, Entertainment

| 1. | Jazz at Lincoln Center | January 2. New York, New York<br>Interview taping<br>(Transportation and meals for self) |
|---|---|---|
| 2. | American Bar Association Section of Litigation Leadership | January 7. Phoenix, Arizona<br>Participation and address at the ABA Section of Litigation Leadership Meeting<br>(Transportation and meals for self) |
| 3. | National Park Second Century Commission | January 26 - 28. Yellowstone National Park<br>Participation in Commission meetings<br>(Transportation, lodging and meals for self) |
| 4. | National Cowboy Poetry Gathering/Sally Searle | January 28 - 30. Elko, Nevada<br>Address an audience of the National Cowboy Poetry Gathering; and address an audience at the Great Basin College<br>(Transportation, lodging and meals for self) |
| 5. | Court of Appeals for the Fifth Circuit | February 1 - 3. New Orleans, Louisiana<br>Sit with the Fifth Circuit Court of Appeals Panel<br>(Transportation, lodging and meals for self) |
| 6. | College of William and Mary | February 6-8. Williamsburg, Virginia<br>Participation in Charter Day activities as Chancellor<br>(Transportation, lodging and meals for self) |
| 7. | Annenberg Foundation | February 9 - 11. Palm Springs, California<br>Participation in Annenberg Foundation Conference<br>(Transportation, lodging, and meals for self) |
| 8. | University of Arizona, | February 19 - 20. Tucson, Arizona<br>Teach at the University of Arizona<br>(Lodging and meals for self) |
| 9. | Learning Center | February 25. St. Louis, Missouri<br>Reception and formal ribbon cutting ceremony at Learning Center Dinner remarks<br>(Lodging and meals for self) |
| 10. | University of Missouri Law School | February 26 - 27. Columbia, Missouri<br>Visit with student groups, attend reception and deliver the Nelson Lecture at the Law School's symposium.<br>(Transportation, lodging and meals for self) |

| 11. | Rockefeller Foundation Board | March 3 - 5. New York, New York<br>Participation in Board meetings<br>(Transportation, meals, lodging for self) |
|---|---|---|
| 12. | Abraham Lincoln Presidential Library Foundation | March 5. Chicago, Illinois<br>Participation in portrait unveiling. Brief remarks.<br>(Transportation, lodging and meals for self) |
| 13. | National Park Second Century Commission | March 18 - 20. Gettysburg National Park<br>Participation in Commission meetings<br>(Transportation, lodging and meals for self) |
| 14. | Alzheimer's Study Group | March 24. Washington, D. C.<br>Participation in release of Alzheimer's Study Group's report release and testimony before the Senate Special Committee on Aging<br>(Transportation for self) |
| 15. | Pepperdine University | March 27. Los Angeles, California<br>Participation in a panel discussion for the William French Smith Lecture Series<br>(Transportation, lodging and meals for self) |
| 16. | United State Department of State | March 28 - April 3. Slovenia and Croatia<br>Participation with U. S. Embassy staff on visits to the judicial and dignitaries of Slovenia and Croatia<br>(Transportation, lodging and meals for self) |
| 17. | Florida Law Related Education Association | April 6 - 7. Tallahassee, Florida<br>Visit Florida State University College of Law<br>Address the Florida State Legislature<br>Reception hosted by Florida Bar Association<br>Visit Deeklake Middle School<br>(Lodging and meals for self) |
| 18. | U. S. Coast Guard Academy | April 8 - 10. New London, Connecticut<br>Visit Academy and various student classes.<br>Deliver the Hedrick Fellowship Address<br>(Transportation, lodging and meals for self) |
| 19. | St. Joseph County Bar Association | April 21. South Bend, Indiana<br>Deliver luncheon address<br>(Transportation, lodging and meals for self) |
| 20. | Indiana University-Purdue University | April 23-24. Fort Wayne, Indiana<br>Visit student class; deliver the Omnibus Lecture<br>(Transportation and meals for self) |
| 21. | Center for Women in Law University of Texas School of Law/Mike Myers | April 28-30. Austin, Texas<br>Participation in Women's Power Summit on Law & Leadership, give remarks<br>(Transportation, lodging and meals for self) |
| 22. | American Bar Association | May 6-8. Charlotte, North Carolina |

| | | Participation in ABA Presidential Commission on Fair and Impartial State Courts, give keynote address (Transportation, lodging and meals for self) |
|---|---|---|
| 23. | Court of Appeals for the Fourth Circuit | May 13-15. New Orleans, Louisiana Sit with the Fourth Circuit Court of Appeals Panel (Lodging and meals for self) |
| 24. | College of William and Mary | May 15-17. Williamsburg, Virginia Participation in Commencement activities as Chancellor (Transportation, lodging and meals for self) |
| 25. | Los Angeles Rotary Club | May 21-22. Los Angeles, California Give luncheon remarks - receive the Person of the Century Award (Transportation, lodging and meals for self) |
| 26. | National Park Second Century Commission | June 1-4. Great Smoky Mountains National Park Participation in Commission meetings (Transportation, lodging and meals for self) |
| 27. | Radcliff Institute | June 5. Cambridge, Massachusetts Participation in Radcliffe Commemorative Service, Awards Symposium and give alumni Luncheon remarks (Transportation, lodging and meals for self) |
| 28. | Rancho La Puerta, Mexico | June 13-15. Tecate, Mexico Participation in discussions and give remarks (Transportation, meals and lodging for self) |
| 29. | Rockefeller Foundation Board | June 16-18. Tarrytown, New York Participation in Board meetings (Transportation, meals and lodging for self) |
| 30. | Random House | June 22-24. New York, New Meet with Random House personnel, television and radio appearances to promote new book (Transportation, meals and lodging for self) |
| 31. | Aspen Ideas Festival | June 28 - July 2. Aspen, Colorado Participate in interviews and panel discussions (Transportation, meals and lodging for self) |
| 32. | Utah State Bar Association | July 17 - 20, Sun Valley, Idaho Address Bar Association members (Transportation, meals and lodging for self) |
| 33. | US State Department | September 2 - 6, Helsinki, Finland Participate in Seminar sponsored by State Department; Visit and address Finland's Supreme Administrative Court; Seminar at Helsinki University. (Transportation, meals and lodging for self) |

| 34. | Seattle Library Foundation | September 12-14. Seattle, Washington<br>Seattle Library Foundation dinner; give remarks at the evening public talk for the Seattle Library Foundation.<br>(Transportation and meals for self) |
|---|---|---|
| 35. | Roanoke College | September 16-17. Roanoke, Virginia<br>Visit law class for Q&A session; luncheon with faculty, student leaders and community representatives; give Constitution Day address.<br>(Transportation, lodging and meals for self) |
| 36. | West Virginia Independent Judicial Commission/State of West Virginia | September 20-21. Morgantown, West Virginia<br>Attend West Virginia Independent Judicial Commission meeting<br>(Transportation, lodging and meals for self) |
| 37. | Annenberg Foundation | September 24, Philadelphia, Pennsylvania<br>Speaker at the memorial service for Lenore Annenberg;<br>(Transportation, meals, and lodging for self) |
| 38. | Joint Symposium of the South Carolina and North Carolina Women Lawyers Association | September 30 - Charleston, South Carolina<br>Received the Bissell Award and participate in symposium;<br>(Transportation, meals and lodging for self) |
| 39. | College of William & Mary | October 2-3, Williamsburg, Virginia<br>Participate in dedication ceremony, in events surrounding judicial conference and address students<br>(Transportation, meals and lodging for self) |
| 40. | Sixth Circuit Court of Appeals | October 13-14. Cincinnati, Ohio<br>Sit with the Sixth Circuit Court of Appeals Panel<br>(Transportation, lodging and meals for self) |
| 41. | National Association of Women Judges | October 15, Memphis, Tennessee<br>Annual Conference, participate as a luncheon speaker<br>(Transportation and meals for self) |
| 42. | Ninth Circuit Court of Appeals | October 19-20, Tempe and Tucson, Arizona<br>Sit with the Ninth Circuit Court of Appeals Panel<br>(Transportation, lodging and meals for self) |
| 43. | State University of New York | November 4, New York City, New York<br>Received an honorary degree from Binghamton University address audience<br>(Transportation, accommodations and meal for self) |
| 44. | University of Oxford Brasenose College | November 30 - December 6, Oxford, England<br>Participate in lecture series, engaged in exchanges with students and faculty in classroom settings<br>(Transportation, accommodations and meals for self) |